

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00160-CR

| | | |
|---|---|---|
| Whitney Rogers | § | From the 97th District Court |
| | § | of Montague County (2014-0223M-CR) |
| | § | |
| v. | § | January 14, 2016 |
| | § | Opinion by Justice Walker |
| | § | Concurrence by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
   Justice Sue Walker